IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Vahl, David R

Printed: 6/24/08

Case Number: 07 B 23591
Judge: Squires, John H
Filed: 12/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 840.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 785.40 |
| Trustee Fee: |  | 54.60 |
| Other Funds: |  | 0.00 |
| Totals: | 840.00 | 840.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,274.00 | 785.40 |
| 2. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Everhome Mortgage Company | Secured | 33,725.10 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 3,077.47 | 0.00 |
| 5. | National Capital Management | Unsecured | 146.49 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 29.40 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 70.98 | 0.00 |
| 8. | GMAC Auto Financing | Unsecured | 936.55 | 0.00 |
| 9. | CPI/Joliet | Unsecured | 20.52 | 0.00 |
| 10. | DaimlerChrysler Financial | Unsecured | 797.82 | 0.00 |
| 11. | Sprint Nextel | Unsecured | 14.85 | 0.00 |
| 12. | National Capital Management | Unsecured | 71.84 | 0.00 |
| 13. | Capital One | Unsecured | 142.47 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 59.16 | 0.00 |
| 15. | Paragon Way Inc | Unsecured | 19.48 | 0.00 |
| 16. | Little Company Of Mary Hospital | Unsecured | 94.51 | 0.00 |
| 17. | Cook County Department of Rev | Priority | | No Claim Filed |
| 18. | Associated Radiologists | Unsecured | | No Claim Filed |
| 19. | AT&T Broadband | Unsecured | | No Claim Filed |
| 20. | Advocate Christ Medical Center | Unsecured | | No Claim Filed |
| 21. | Care Station | Unsecured | | No Claim Filed |
| 22. | Christ Hospital | Unsecured | | No Claim Filed |
| 23. | Consultants In Clinical Pathol | Unsecured | | No Claim Filed |
| 24. | Harris Bank | Unsecured | | No Claim Filed |
| 25. | Hilco Receivables, LLC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vahl, David R | | Case Number: 07 B 23591 |
|---|---|---|---|
| | | | Judge: Squires, John H |
| | Printed: 6/24/08 | | Filed: 12/16/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Cross Country Bank | Unsecured | | No Claim Filed |
| 27. | Cub Foods | Unsecured | | No Claim Filed |
| 28. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 29. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 30. | Credit Protection Association | Unsecured | | No Claim Filed |
| 31. | Joel Akroush DDS | Unsecured | | No Claim Filed |
| 32. | Capital One | Unsecured | | No Claim Filed |
| 33. | Omar Sawlani | Unsecured | | No Claim Filed |
| 34. | Midland Credit Management | Unsecured | | No Claim Filed |
| 35. | Midland Credit Management | Unsecured | | No Claim Filed |
| 36. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 37. | Southwest Center For Gastroenterolo | Unsecured | | No Claim Filed |
| 38. | Nicor Gas | Unsecured | | No Claim Filed |
| 39. | MRC Receivables Corp | Unsecured | | No Claim Filed |
| 40. | Northwest Collectors | Unsecured | | No Claim Filed |
| 41. | Midwest Diangnostic | Unsecured | | No Claim Filed |
| 42. | Oak Lawn Radiologists SC | Unsecured | | No Claim Filed |
| 43. | Ob Gyn Southwest | Unsecured | | No Claim Filed |
| 44. | Peter Dragistic MD | Unsecured | | No Claim Filed |
| 45. | Sears | Unsecured | | No Claim Filed |
| 46. | Provena St. Joseph Hospital | Unsecured | | No Claim Filed |
| 47. | Silver Cross Hospital | Unsecured | | No Claim Filed |
| 48. | Radiology Imaging Specialists | Unsecured | | No Claim Filed |
| 49. | KCA Financial Services | Unsecured | | No Claim Filed |
| 50. | True Green Chemlawn Naperville | Unsecured | | No Claim Filed |
| 51. | Southwest Orthopedics | Unsecured | | No Claim Filed |
| 52. | Tinley Woods Surgery Center | Unsecured | | No Claim Filed |
| 53. | Lawn Medical | Unsecured | | No Claim Filed |
| 54. | Wal Mart Stores | Unsecured | | No Claim Filed |

$ 41,480.64         $ 785.40

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 54.60 |

$ 54.60

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

